# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 30, 2016

Robert P. Young, Jr.,
Chief Justice

153191 & (48)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

JEFFREY TRANTHAM and ALL OTHERS
SIMILARLY SITUATED,
      Plaintiff-Appellee/
      Cross-Appellant,

v

STATE DISBURSEMENT UNIT, DEPARTMENT
OF HEALTH AND HUMAN SERVICES, and
OFFICE OF CHILD SUPPORT,
      Defendants-Appellants/
      Cross-Appellees.

SC: 153191
COA: 322289
Ct of Claims: 13-000162-MM

_____/

     On order of the Court, the application for leave to appeal the November 10, 2015 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE that part of the Court of Appeals opinion holding that the $0.25 assessment earmarked for the Attorney General's operations fund is a tax, because the issue was not raised by the parties and was not necessary to its decision on the taking question. We further VACATE the Court of Appeals ruling remanding this case to the Court of Claims to develop a record on the constitutionality of the $0.25 assessment, as the issues identified by the panel were not raised by either party and not necessary to the court's conclusion. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2016



Clerk

t0927